No. 93–7262.  GLOVER v. DEPARTMENT OF THE AIR FORCE
ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 93–7263.  HOFSTATTER v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 93–7265.  SAUNDERS v. CALIFORNIA.  Sup. Ct. Cal.  Cer-
tiorari denied.

No. 93–7266.  SMITH v. UNITED STATES.  C. A. 5th Cir.  Cer-
tiorari denied.

No. 93–7267.  WILSON v. LINDLER, WARDEN, ET AL.  C. A. 4th
Cir.  Certiorari denied.

No. 93–7271.  WHITE ET AL. v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 93–7272.  JOINER v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 93–7273.  KANTOLA v. SNIDER, ACTING CHIEF DEPUTY
WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 93–7274.  ROBINSON v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 93–7275.  NORMAN v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 93–7276.  MANRIQUE v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 93–7277.  PITERA v. UNITED STATES; and LABOSCO ET AL.
v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 93–7279.  MCGREGOR v. LOUISIANA STATE UNIVERSITY
BOARD OF SUPERVISORS ET AL.  C. A. 5th Cir.  Certiorari de-
nied.

No. 93–7280.  CAREY v. UNITED STATES.  C. A. 4th Cir.  Cer-
tiorari denied.

No. 93–7282.  JONES v. BARR, FORMER ATTORNEY GENERAL
OF THE UNITED STATES, ET AL.  C. A. 8th Cir.  Certiorari de-
nied.